■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DARNELL J. CUMMINGS, Appellant. [849 NYS2d 869]—Appeal from a judgment of the Supreme Court, Monroe County (Joseph D. Valentino, J.), rendered August 3, 2004. The judgment convicted defendant, upon his plea of guilty, of robbery in the first degree (four counts) and criminal possession of a weapon in the second degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Scudder, P.J., Martoche, Smith, Green and Gorski, JJ.